IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ONE WEST BANK, *a division of West Bank, FSB doing business as* FINANCIAL FREEDOM,

    Plaintiff,

vs.

TERRY RAGAIN, UNKNOWN HEIRS AND LEGATEES OF DOROTHY JUANITA RAGAIN, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

    Defendants.

Case No. 12-cv-1105-JPG

## RULE 54(B) JUDGMENT

This matter having come before the Court, plaintiff One West Bank having dismissed its claim against defendant Department of Housing and Urban Development, and the Court having found no just reason for delay in entry of judgment on the claim involving the defendant Department of Housing and Urban Development,

IT IS HEREBY ORDERED AND ADJUDGED that the claim of plaintiff One West Bank against defendant Department of Housing and Urban Development is dismissed without prejudice.  The remainder of this case is remanded to the Circuit Court of the First Judicial Circuit, Williamson County, Illinois, for all further proceedings

**DATED:** December 3, 2012

NANCY J. ROSENSTENGEL
Clerk of Court

By:    s/Deborah Agans,Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**